IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Case No. 1:19-CR-65-ELH |
| PHILLIP SESSA | * | |

* * * * * * * * * * * * * *

## MOTION TO SET HEARING TO MODIFY CONDITIONS

Defendant Phillip Sessa, by and through undersigned counsel, requests a modification hearing to challenge a recently-added special condition concerning polygraph testing. In support of this request, Mr. Sessa states:

1) On February 19, 2013, after pleading guilty to 1 count of possession of child pornography, Mr. Sessa was sentenced in the Western District of Louisiana to 97 months' incarceration and a 15-year term of supervised release. *United States v. Sessa*, 6:12-CR-45-RTH-PJH, ECF No. 47 (Judgment and Sentence).

2) Upon his release from prison on February 8, 2019, Mr. Sessa began serving that term of supervised release in the District of Maryland. *United States v. Sessa*, 1:19-CR-65-ELH, ECF No. 1 (Transfer of Jurisdiction for Supervision).

3) On July 26, 2023, Probation Officer Jessica Turro contacted undersigned counsel, who was the duty attorney that day, via e-mail, stating Probation's desire to add a special condition requiring polygraph testing to Mr. Sessa's conditions of supervision. She noted that Mr. Sessa had already consented to the condition, but also asked whether counsel objected to it.

4) Undersigned counsel wrote back that same day, saying she would get in touch with Mr. Sessa first and then respond to Probation.

5) Counsel was unable to speak with Mr. Sessa until August 8, 2023, due to his work schedule (7:00 AM - 4:00 PM daily) and work duties (pulling car parts from a junkyard).

6) In that conversation, counsel provided more information to Mr. Sessa about the condition he had previously acquiesced to. Based on their discussion, Mr. Sessa determined that he did object to the polygraph testing condition.

7) On the morning of August 9, 2023, undersigned counsel planned to email Officer Turro, informing her Mr. Sessa did not consent to the condition. Counsel checked Mr. Sessa's docket and discovered that on August 7, 2023, Officer Turro had already filed a request to modify Mr. Sessa's conditions of supervision. *See* ECF No. 9. Counsel also discovered that this Court granted Officer Turro's request on the same day. ECF No. 10.

8) At no point did undersigned counsel tell Officer Turro she consented to the polygraph condition. Furthermore, Officer Turro never informed undersigned counsel or Mr. Sessa that she was filing a motion to modify conditions.

9) While the docket styles the request to modify as with Mr. Sessa's consent, *see* ECF No. 9, that is incorrect. Mr. Sessa does object to the polygraph testing condition. While he previously consented to the condition, that was before he had the opportunity to consult an attorney.

10) Mr. Sessa faces additional restrictions of his liberty based on a condition he did not give informed consent to. For these reasons, he formally objects to addition of the polygraph condition, and requests this Court set a modification hearing.

11) WHEREFORE, Mr. Sessa requests that the Court grant this motion to set a hearing to modify the conditions of his supervision.

                                              Respectfully submitted,

                                              JAMES WYDA
                                              Federal Public Defender
                                              for the District of Maryland

                                              _____/s/_____
                                              Christina Wong (NY #5528146)
                                              Assistant Federal Public Defender
                                              Office of the Federal Public Defender
                                              100 S. Charles Street
                                              Tower II, 9th Floor
                                              Baltimore, MD 21201
                                              Phone: (410) 962-3962
                                              Fax: (410) 962-3976
                                              Email: christina_wong@fd.org

DATE: August 10, 2023