IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | 19 |
| v. | * | Case No. 1:~~23~~-CR-65-ELH |
| PHILLIP SESSA | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**~~PROPOSED~~ ORDER**  *ELH*

Having reviewed Defendant's Motion to Disclose Treatment Records, it is this 29th day of August, 2023, hereby GRANTED. It is ORDERED that the U.S. Probation Office produce the entirety of Phillip Sessa's sex offender treatment records from February 2019 to the present to defense counsel.

SO ORDERED.

_____
Hon. Ellen L. Hollander
U.S. District Judge